UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | No. 15 CR 379-4 |
| | ) | |
| v. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| JIMMY BELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO WITHDRAW APPEARANCE

Sarah M. Kimmer moves to withdraw her representation pursuant to Northern District of Illinois Local Rule 83.16, and in support of this Motion states the following:

1. Defendant, Jimmy Bell is represented in this matter by Ropes & Gray LLP.

2. On July 21st, 2017, Sarah M. Kimmer of Ropes & Gray LLP previously entered an appearance in this matter.

3. On March 28th, 2018, the Court entered a sentencing order for defendant Jimmy Bell.

4. As of January 2, 2020, Ms. Kimmer will no longer be representing Mr. Bell.

5. Mr. Bell is aware that Ms. Kimmer wishes to withdraw from his case.

6. Mr. Bell will not be prejudice if this motion is granted.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests that the Court submit grant this motion and permit withdrawal of the appearance of Sarah Kimmer.

Dated: February 14, 2020      Respectfully submitted,

**DEFENDANT JIMMY BELL**

By:   /s/ Sarah M. Kimmer

Laura G. Hoey
Sarah M. Kimmer
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone:  (312) 845-1200
Fax:  (312) 845-5500
Sarah.Kimmer@ropesgray.com

*Attorneys for Defendant Jimmy Bell*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 14, 2020, I caused the foregoing MOTION TO WITHDRAW APPEARANCE, along with this Certificate of Service, to be electronically submitted with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the CM/ECF system of the court, which sends notification of such filing via electronic mail to the following counsel of record:

                                                   By:   /s/ Sarah M. Kimmer

                                                   Laura G. Hoey
                                                   Sarah M. Kimmer
                                                 ROPES & GRAY LLP
                                                 191 North Wacker Drive, 32nd Floor
                                                 Chicago, IL 60606
                                                 Telephone: (312) 845-1200
                                                 Fax: (312) 845-5500
                                                 Sarah.Kimmer@ropesgray.com

                                                 *Attorneys for Defendant Jimmy Bell*